| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James Arthur Mosley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Arkansas |
| Case number | 3:18-bk-13652 |

## Official Form 4100R
# AMENDED Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1 (g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

| | | |
|---|---|---|
| **Name of Creditor:** | Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V | **Court claim no.** (if known): |
| **Last 4 digits** of any number you use to identify the debtor account: | XXXXXX9273 | 8 |
| **Property address:** | 105 Clement Rd, <br> Number   Street <br><br> West Memphis, AR 72301 <br> City   State   Zip Code | |

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $8,087.83

**\*Loan mod was not completed**

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM DD YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (2/1/22-3/1/22 @ $791.56, minus $422.83)   (a) $1,160.29

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $_____

c. **Total**. Add lines a and b.   (c) $1,160.29

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   02/01/2022

| Official Form 4100R | Response to Notice of Final Cure Payment | Page 1 |
|---|---|---|

| | |
|---|---|
| Debtor 1 | James Arthur Mosley |
| Case Number *(if known)* | 3:18-bk-13652 |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☒ all payments received;
☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
From the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| Signature | */s/ Heather Martin-Herron* | Date | 3/28/2022 |
| Print: | Kate Lachowsky-Khan, Heather Martin-Herron, Joel W. Giddens. Alexandra Bradley, & Luke H. Neder | Title | Attorneys |
| Company | Wilson & Associates, PLLC | | |
| Address | 400 West Capitol Avenue<br>Suite 1400<br>Little Rock, AR 72201 | | |
| Contact phone | (501) 219-9388 | Email | klachowsky \| hmartin-herron \| jgiddens \| abradley \| lneder@thewilsonlawfirm.com |

**CERTIFICATE OF SERVICE**

      On ___3/28/2022___, a copy of the foregoing Response to Notice of Final Cure was served electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Michael E. Crawley, Jr.<br>Attorney at Law<br>2702 South Culberhouse, Suite N<br>Jonesboro, AR 72401 | Mark T. McCarty<br>Trustee<br>P.O. Box 5006<br>North Little Rock, AR 72119-5006 |

and served via U.S. mail upon:

James Arthur Mosley
Debtor
105 Clement Rd
West Memphis, AR 72301

                                                                 */s/ Heather Martin-Herron*
                                                                 Heather Martin-Herron (2011136)
                                                                 Kathryn Lachowsky-Khan (2012039)
                                                                 Joel W. Giddens (2018203)
                                                                Alexandra Bradley (TN034703)
W&A No. 328559                                  Luke H. Neder (TN028444)



| Install | Moseby |
|---|---|
| Borrower: | |
| Date Filed: | 7/6/2018 |
| BK Case # | 18-13652 |
| 1st Post Petition Due Date: | 8/1/2018 |
| POC covers: | 10/01/17 - 7/1/18 |
| POC EFFECTIVE DATE: | |

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 10/01/17 | 581.24 | 290.18 | 871.42 | Payment listed in POC |
| 01/01/18 | 581.24 | 290.94 | 872.18 | Payment listed in POC |
| 08/01/18 | 581.24 | 127.45 | 708.69 | NOPC filed with the court |
| 08/01/19 | 581.24 | 157.00 | 738.24 | NOPC filed with the court |
| 08/01/20 | 581.24 | 192.64 | 773.88 | NOPC filed with the court |
| 08/01/21 | 581.24 | 210.32 | 791.56 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | | | | $0.00 | | | | $0.00 | $0.00 | | |
| 1/15/2019 | $2,834.76 | Post | 8/1/18 | 10/1/17 | $708.69 | $0.00 | $2,126.07 | | $2,126.07 | | | | $0.00 | $0.00 | | |
| 1/15/2019 | | Post | 9/1/18 | 11/1/17 | $708.69 | $81.24 | | $708.69 | $1,417.38 | | | | $0.00 | $0.00 | | |
| 1/16/2019 | | Post | 10/1/18 | 12/1/17 | $708.69 | -$708.69 | | $708.69 | $708.69 | | | | $0.00 | $0.00 | | |
| 1/16/2019 | | Post | 11/1/18 | 1/1/18 | $708.69 | $0.00 | | | $708.69 | | | | $0.00 | $0.00 | | |
| 2/13/2019 | $708.69 | Post | 12/1/18 | 2/1/18 | $708.69 | $0.00 | | $708.69 | $0.00 | | | | $0.00 | $0.00 | | |
| 3/13/2019 | $1,417.38 | Post | 1/1/19 | 3/1/18 | $708.69 | $708.69 | $708.69 | | $708.69 | | | | $0.00 | $0.00 | | |
| 3/13/2019 | | Post | 2/1/19 | 4/1/18 | $708.69 | $0.00 | | $708.69 | $0.00 | | | | $0.00 | $0.00 | | |
| 4/22/2019 | $1,417.38 | Pre | 3/1/19 | 5/1/18 | $708.69 | $0.00 | | | $0.00 | | $101.20 | | $0.00 | $101.20 | | |
| 4/22/2019 | | Pre | 4/1/19 | 6/1/18 | $708.69 | $708.69 | | | $0.00 | | $552.10 | | $0.00 | $653.30 | | |
| 5/8/2019 | $708.69 | Pre | | | | | | | | | $69.83 | | | $823.13 | | |
| 6/12/2019 | $1,417.38 | Pre | | | | | | | | | $70.11 | | | | | |
| 6/12/2019 | | Pre | | | | | | | | | | | | | | |
| 7/10/2019 | | Pre | | | | | | | | | | | | | | |
| 7/11/2019 | $738.24 | Pre applied | 7/1/18 | | $0.00 | $29.55 | $29.55 | | $29.55 | | $701.53 | $871.42 | $1,524.64 | $1,524.64 | | |
| 8/13/2019 | $738.24 | Pre | 5/1/19 | 8/1/18 | $708.69 | $29.55 | | | $29.55 | 10/1/2017 | $553.22 | | $553.22 | $1,524.64 | | |
| 8/13/2019 | | Pre | | | $0.00 | | | | | | $350.31 | | $1,003.53 | $1,874.95 | | |
| 8/14/2019 | | Pre | 6/1/19 | 9/1/18 | $708.69 | -$708.69 | | $708.69 | $0.00 | | | | $1,003.53 | $1,874.95 | | |
| 9/12/2019 | $738.24 | Pre | 7/1/19 | 10/1/18 | $29.55 | | | | | | | | $1,003.53 | $1,874.95 | | |
| 9/12/2019 | | Pre applied | 11/1/18 | | $0.00 | $50.00 | | | | | $333.14 | $872.18 | $1,003.53 | $1,874.95 | | |
| 12/3/2019 | $820.78 | Post | 8/1/19 | 12/1/18 | $738.24 | $82.54 | $82.54 | | $82.54 | | | | | $1,559.02 | | |
| 1/3/2020 | $820.78 | Post | 9/1/19 | 1/1/19 | $738.24 | $82.54 | $82.54 | | $82.54 | | | | | $1,641.56 | | |
| 1/31/2020 | $820.78 | Post | 10/1/19 | 2/1/19 | $738.24 | $82.54 | $82.54 | | $82.54 | | | | | $1,724.10 | | |
| 3/6/2020 | $820.00 | Post | 11/1/19 | 3/1/19 | $738.24 | $81.76 | $81.76 | | $81.76 | | | | | $1,805.86 | | |
| 4/6/2020 | $820.78 | Post | 12/1/19 | 4/1/19 | $738.24 | $82.54 | $82.54 | | $82.54 | | | | | $1,888.40 | | |
| 5/12/2020 | $768.06 | Post | 1/1/20 | 5/1/19 | $738.24 | $29.82 | $29.82 | | $29.82 | | | | | $1,918.22 | | |
| 5/30/2020 | $770.00 | Post | 2/1/20 | 6/1/19 | $738.24 | $31.76 | $31.76 | | $31.76 | | | | | $1,949.98 | | |
| 7/6/2020 | $780.00 | Post | 3/1/20 | 7/1/19 | $738.24 | $41.76 | $41.76 | | $41.76 | | | | | $1,991.74 | | |
| 8/21/2020 | $800.00 | Post | 4/1/20 | 8/1/19 | $738.24 | $61.76 | $61.76 | | $61.76 | | | | | $2,053.50 | | |
| 9/8/2020 | $780.00 | Post | 5/1/20 | 9/1/19 | $738.24 | $41.76 | $41.76 | | $41.73 | | | | | $2,095.23 | | |
| 10/8/2020 | $780.00 | Post | 6/1/20 | 10/1/19 | $738.24 | $41.76 | $41.76 | | $41.76 | | | | | $2,136.99 | | |
| 11/2/2020 | $780.00 | Post | 7/1/20 | 11/1/19 | $738.24 | $41.76 | $41.76 | | $41.76 | | | | | $2,168.75 | | |
| 12/4/2020 | $770.00 | Post | 8/1/20 | 12/1/19 | $738.24 | $31.76 | $31.76 | | $31.76 | | | | | $2,164.87 | | |
| 1/11/2021 | $770.00 | Post | 9/1/20 | 1/1/20 | $738.24 | -$3.88 | | $3.88 | | | | | | $2,170.99 | | |
| 2/2/2021 | $780.00 | Post | 10/1/20 | 2/1/20 | $773.88 | $56.12 | $56.12 | | $56.12 | | | | | $2,167.11 | | |
| 3/3/2021 | $770.00 | Post | 10/1/20 | 3/1/20 | $773.88 | -$3.88 | | $3.88 | | | | | | $2,163.23 | | |
| 3/31/2021 | $770.00 | Post | 11/1/20 | 4/1/20 | $773.88 | -$3.88 | | $3.88 | | | | | | | | |
| 5/6/2021 | $900.00 | Post | 12/1/20 | 5/1/20 | $773.88 | $126.12 | $126.12 | | $126.12 | | | | | $2,289.35 | | |
| 6/2/2021 | $800.00 | Post | 1/1/21 | 6/1/20 | $773.88 | $26.12 | $26.12 | | $26.12 | | | | | $2,315.47 | | |
| 7/2/2021 | $800.00 | Post | 2/1/21 | 7/1/20 | $773.88 | $26.12 | $26.12 | | $26.12 | | | | | $2,341.59 | | |
| 8/5/2021 | $800.00 | Post | 3/1/21 | 8/1/20 | $773.88 | $26.12 | $26.12 | | $26.12 | | | | | $2,367.71 | | |
| 9/7/2021 | $700.00 | Post | 4/1/21 | 9/1/20 | $773.88 | -$73.88 | | $73.88 | | | | | | $2,293.83 | | |
| 10/4/2021 | $850.00 | Post | 5/1/21 | 10/1/20 | $773.88 | $76.12 | $76.12 | | $76.12 | | | | | $2,369.95 | | |
| 10/26/2021 | $800.00 | Post | 6/1/21 | 11/1/20 | $773.88 | $26.12 | $26.12 | | $26.12 | | | | | $2,396.07 | | |
| 7/1/21 | | Post | 7/1/21 | 12/1/20 | $773.88 | $773.88 | | $773.88 | | | | | | $1,622.19 | | |
| 12/28/2021 | $800.00 | Post | 8/1/21 | 1/1/21 | $791.56 | $8.44 | $8.44 | | $8.44 | | | | | $1,630.63 | | |
| 1/6/2022 | $800.00 | Post | 9/1/21 | 2/1/21 | $791.56 | $8.44 | $8.44 | | $8.44 | | | | | $1,639.07 | | |
| 2/4/2022 | $1,150.00 | Post | 10/1/21 | 3/1/21 | $791.56 | $358.44 | $358.44 | | $358.44 | | | | | $1,997.51 | | |
| 3/4/2022 | $800.00 | Post | 11/1/21 | 4/1/21 | $791.56 | $8.44 | $8.44 | | $8.44 | | | | | $2,005.95 | | |
| 3/4/2022 | | Post | 12/1/21 | | $791.56 | $791.56 | | $791.56 | | | | | | $1,214.39 | | |
| 1/1/22 | | Post | 1/1/22 | | $791.56 | $791.56 | | $791.56 | | | | | $464.49 | $422.83 | | |

(remaining rows continue with $0.00 / $422.83 / $464.49 / $2,208.09 entries)